FREDA GATES POZEFSKY, Appellant, v RICHARD T. AULISI et al., Respondents, et al., Defendants.

Submitted April 16, 2012; decided June 5, 2012

Motion for reargument of motion for leave to appeal denied [*see* 18 NY3d 897 (2012)].

In the Matter of ANNA SCHEFFEY-HOHLE, Appellant, v TRAVIS C. DURFEE, Respondent.

Decided June 5, 2012

Appeal dismissed, without costs, by the Court of Appeals, sua sponte, upon the ground that the two-Justice dissent at the Appellate Division is not on a question of law (CPLR 5601 [a]).

DANIEL SCHICK et al., Respondents, v 200 BLYDENBURGH, LLC, et al., Appellants.

Submitted April 9, 2012; decided June 5, 2012

Motions for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the action within the meaning of the Constitution.